FILED
NOVEMBER 14, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 6465**

In the Matter of      Case

NICHOLAS BRAKE      Judge

v.

Chicago Police Officer Alghini, Chicago Police Officer Raymundo Zaragoza, Chicago Lieutenant Robert Flynn and Unknown Chicago Police Officers and the City of Chicago

**JUDGE GOTTSCHALL**
**MAGISTRATE JUDGE COX**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Nicholas Brake

| | |
|---|---|
| SIGNATURE /s/Marcelle M. LeCompte | |
| FIRM Marcelle M. LeCompte, Attorney at Law | |
| STREET ADDRESS Suite 310, 820 West Jackson Blvd. | |
| CITY/STATE/ZIP Chicago, Illinois 60607 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06225428 | TELEPHONE NUMBER 773-348-3084 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |