IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NICHOLAS BRAKE | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6465 |
| | ) | |
| v. | ) | Judge Gottschall |
| | ) | |
| CHICAGO POLICE OFFICER ALGHINI, | ) | Magistrate Judge Cox |
| Star No. 14603, CHICAGO POLICE OFFICER | ) | |
| RAYMUNDO ZARAGOZA, Star No. 11637, | ) | |
| POLICE LIEUTENANT ROBERT FLYNN, | ) | |
| Star No. 232, and certain UNKNOWN Chicago | ) | |
| Police Officers, Individually, and THE CITY OF | ) | |
| CHICAGO, a municipal corporation | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT OFFICERS ALGHINI'S, ZARAGOZA'S, AND FLYNN'S
AGREED MOTION TO EXTEND THE TIME IN WHICH TO
ANSWER OR OTHERWISE PLEAD**

Defendants, Officer Richard Alghini, Officer Raymundo Zaragoza, and Lieutenant Robert Flynn (collectively, "Defendant Officers"), by their attorney, Marc J. Boxerman, Senior Counsel, with the agreement of Plaintiff, respectfully request this Honorable Court for an extension of time until February 8, 2008, to answer or otherwise plead to Plaintiff's Complaint.

In support of this motion, Defendant Officers state:

1. Plaintiff filed his complaint on November 14, 2007.

2. Officers Richard Alghini and Raymundo Zaragoza were personally served a copy of the complaint on December 4, 2007. Lieutenant Robert Flynn was personally served on December 6, 2007. However, Marc Boxerman, who was assigned this matter in the middle of December, did not learn that Officers Alghini and Zaragoza were personally served until the

week of December 17. He did not learn that Lieutenant Flynn was personally served until January 2, 2008, because he was out of the office from December 21 through January 2.

3. Mr. Boxerman has not yet had an opportunity to meet with the three individual defendant officers so that he may answer the complaint on their behalf. However, he has been in the process of obtaining records so that he can properly respond to Plaintiff's complaint.

4. This motion is the Defendant Officers' first request for an extension of time to answer or otherwise plead. Such a request will not unduly delay the resolution of this matter, nor will it prejudice Plaintiffs.

5. Mr. Boxerman informed Plaintiff's counsel of this motion on January 9, 2008. Plaintiff's counsel indicated she had no objection to this motion.

**WHEREFORE**, the Defendant Officers respectfully request that they be given until February 8, 2008, to answer or otherwise plead to Plaintiff's Complaint.

Respectfully Submitted,

MARA S. GEORGES
Corporation Counsel
City of Chicago

BY:   **s/ Marc J. Boxerman**
MARC J. BOXERMAN
Senior Counsel
Attorney for the Individual Defendants

Marc J. Boxerman
City of Chicago Department of Law
30 North La Salle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-7684 Phone
(312) 744-6566 Fax
Atty. No. 6215790
mboxerman@cityofchicago.org

**CERTIFICATE OF SERVICE**

      I certify that I have caused a true and correct copy of the above **Defendant Officers Alghini's, Zaragoza's, and Flynn's Agreed Motion to Extend the Time in Which To Answer or Otherwise Plead** and the corresponding Notice of Motion to be served upon the person named in the Notice of Motion, who is a "Filing User" pursuant to ECF, in accordance with the rules of electronic filing of documents, on January 9, 2008.

                                                  s/ Marc J. Boxerman
                                                  MARC J. BOXERMAN

Person served:

Marcelle Le Compte
820 W. Jackson Blvd.
Chicago, IL 60607