IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NICHOLAS BRAKE | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6465 |
| | ) | |
| v. | ) | Judge Gottschall |
| | ) | |
| CHICAGO POLICE OFFICER ALGHINI, | ) | Magistrate Judge Cox |
| Star No. 14603, CHICAGO POLICE OFFICER | ) | |
| RAYMUNDO ZARAGOZA, Star No. 11637, | ) | |
| POLICE LIEUTENANT ROBERT FLYNN, | ) | |
| Star No. 232, and certain UNKNOWN Chicago | ) | |
| Police Officers, Individually, and THE CITY OF | ) | |
| CHICAGO, a municipal corporation | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that I have filed this day with the Clerk of the above Court **Defendant Officers Alghini's, Zaragoza's, and Flynn's Agreed Motion to Extend the Time in Which To Answer or Otherwise Plead**, a copy of which is attached and served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before Judge Joan Gottschall, or before such other Judge sitting in her stead, on January 17, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, in room 2325 of the Dirksen Courthouse, 219 S. Dearborn Street, Chicago, IL and present the attached motion.

Date:    January 9, 2008

                                                    By:    s/ Marc J. Boxerman
                                                            MARC J. BOXERMAN

Marc J. Boxerman
City of Chicago, Department of Law
30 North La Salle Street, Suite 1400
Chicago, Illinois  60602
(312) 744-7684 Phone
(312) 744-6566 Fax
Atty. No. 6215790
mboxerman@cityofchicago.org