# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

NICHOLAS BRAKE,

    Plaintiff,

    V.

Chicago Police Officer Alghini, Chicago Police Officer Raymundo Zaragoza, Chicago Police Lieutenant Robert Flynn, and the City of Chicago,

    Defendants.

CASE NUMBER: 07 C 6465

ASSIGNED JUDGE: GOTTSCHALL

DESIGNATED MAGISTRATE JUDGE: COX

**TO:** (Name and address of Defendant)

Chicago Police Officer Raymundo Zaragoza, star # 11637
c/o Office of the Superintendent/OLA
3510 S. Michigan Ave.
Chicago, IL 60653
ATTN: Subpoena Unit

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Marcelle M. LeCompte
820 West Jackson Blvd., Ste. 310
Chicago, IL 60607

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

NOV 15 2007

DATE

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me (1) | 11/16/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Marcelle M. LeCompte | Attorney at Law |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service Summons and Complaint sent via Certified mail to Office of Legal Affairs 11/16/07, Service obtained by Defendant 12/4/07

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   1/9/08
              Date          Signature of Server

Address of Server: 820 W. Jackson Blvd, Ste 310, Chicago, IL 60607

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.