IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICHOLAS BRAKE, ) | |
| ) | **No. 07 C 6465** |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CHICAGO POLICE OFFICER ALGHINI, ) | JUDGE GOTTSCHALL |
| Star No. 14603, CHICAGO POLICE OFFICER, ) | |
| RAYMUNDO ZARAGOZA, Star No. 11637, ) | |
| POLICE LIEUTENANT ROBERT FLYNN, ) | Magistrate Judge Cox |
| Star No. 232, and certain UNKNOWN Chicago, ) | |
| Police Officers, Individually, and THE CITY OF ) | |
| CHICAGO, a municipal corporation, ) | |
| ) | JURY DEMAND |
| Defendants. ) | |

**CITY OF CHICAGO'S UNCONTESTED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

Defendant City of Chicago ("City"), by its attorney, Mara S. Georges, Corporation Counsel for the City of Chicago, respectfully moves for an extension of time to February 5, 2008 to answer or otherwise plead in response to Plaintiff's complaint. In support of this motion, the City states the following:

1. Plaintiff filed his complaint on or about November 14, 2007. The City Clerk's Office was served with Plaintiff's complaint on or about November 16, 2007.

2. Undersigned counsel for the City was assigned the case on or about January 14, 2008, the first opportunity that undersigned counsel had to review Plaintiff's complaint.

3. The Office of the Corporation Counsel and the Chicago Police Department are still in the process of investigating the allegations in Plaintiff's complaint and compiling the pertinent records.

4.	This motion is the City's first request for an extension of time to answer or otherwise plead.  This request is made not to delay the proceedings but rather to allow the City to respond properly to the allegations in Plaintiff's complaint.

5.	Plaintiff's counsel, Marcelle M. LeCompte, has indicated that he has no objection to the City's request for an extension of time to answer or otherwise plead.

WHEREFORE, Defendant City of Chicago respectfully requests that it be given an extension of time to February 5, 2008 to answer or otherwise plead in response to Plaintiff's complaint; and for any other relief that this Honorable Court deems proper.

	Respectfully submitted,

	MARA S. GEORGES
	Corporation Counsel
	City of Chicago

BY:	/s/ Thomas J. Aumann
	THOMAS J. AUMANN
	Assistant Corporation Counsel

City of Chicago, Department of Law
30 North LaSalle Street
Suite 1020
Chicago, Illinois  60602
(312) 744-1566
Atty. No. 06282455

## CERTIFICATE OF SERVICE

I hereby certify that I have caused true and correct copies of the above and foregoing **Notice of Motion** and **City of Chicago's Uncontested Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint** to be served upon Marcelle M. LeCompte at LeCompteLaw.comcast.net, via electronic mail, on this 15th day of January, 2008.

/s/ Thomas J. Aumann
THOMAS J. AUMANN
Assistant Corporation Counsel