IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NICHOLAS BRAKE, | ) | |
| | ) | **No. 07 C 6465** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CHICAGO POLICE OFFICER ALGHINI, | ) | JUDGE GOTTSCHALL |
| Star No. 14603, CHICAGO POLICE OFFICER, | ) | |
| RAYMUNDO ZARAGOZA, Star No. 11637, | ) | |
| POLICE LIEUTENANT ROBERT FLYNN, | ) | Magistrate Judge Cox |
| Star No. 232, and certain UNKNOWN Chicago, | ) | |
| Police Officers, Individually, and THE CITY OF | ) | |
| CHICAGO, a municipal corporation, | ) | |
| | ) | JURY DEMAND |
| Defendants. | ) | |

## NOTICE OF MOTION

To:    Marcelle M. LeCompte
       820 West Jackson Boulevard
       Suite 310
       Chicago, Illinois  60607
       LeCompteLaw@comcast.net

   **PLEASE TAKE NOTICE** that I have filed this day with the Clerk of the above Court **City of Chicago's Uncontested Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint**, a copy of which is attached hereto and herewith served upon you.

   **PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Gottschall, or before such other Judge sitting in her stead, on the 24th day of January, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

   **DATED** at Chicago, Illinois this 15th day of January, 2008.

                Respectfully submitted,

                MARA S. GEORGES
                Corporation Counsel
                City of Chicago

By:   /s/ Thomas J. Aumann
       THOMAS J. AUMANN
       Assistant Corporation Counsel

City of Chicago, Department of Law
30 North LaSalle Street
Suite 1020
Chicago, Illinois  60602
(312) 744-1566
Atty. No. 06282455