IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NICHOLAS BRAKE | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6465 |
| | ) | |
| v. | ) | Judge Gottschall |
| | ) | |
| CHICAGO POLICE OFFICER ALGHINI, | ) | Magistrate Judge Cox |
| Star No. 14603, CHICAGO POLICE OFFICER | ) | |
| RAYMUNDO ZARAGOZA, Star No. 11637, | ) | |
| POLICE LIEUTENANT ROBERT FLYNN, | ) | |
| Star No. 232, and certain UNKNOWN Chicago | ) | |
| Police Officers, Individually, and THE CITY OF | ) | |
| CHICAGO, a municipal corporation | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

TO:   Marcelle M. Le Compte            Thomas J. Aumann
      Attorney at Law                  City of Chicago Department of Law
      820 W. Jackson Blvd., Suite 310  30 N. La Salle Street, Suite 1020
      Chicago, IL 60607                Chicago, IL 60602
      LeCompteLaw@comcast.net          thomas.aumann@cityofchicago.org

**PLEASE TAKE NOTICE** that I have filed this day with the Clerk of the above Court **Defendants' Answer, Defenses, and Jury Demand to Plaintiff's Complaint**, a copy of which is attached and served upon you.

Date:   February 8, 2008

                                       By:   s/ Marc J. Boxerman
                                             MARC J. BOXERMAN

Marc J. Boxerman
City of Chicago, Department of Law
30 North La Salle Street, Suite 1400
Chicago, Illinois  60602
(312) 744-7684 Phone
(312) 744-6566 Fax
Atty. No. 6215790
mboxerman@cityofchicago.org