UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

Nicholas Brake

                       Plaintiff,

v.                                   Case No.: 1:07−cv−06465
                                             Honorable Joan B. Gottschall

Chicago Police Officer Alghini, et al.

                       Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

     Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Susan E. Cox for the purpose of holding proceedings related to: settlement conference.(rj, )Mailed notice.

Dated: February 20, 2008

                                                                   /s/ Joan B. Gottschall

                                                                  United States District Judge