UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

Nicholas Brake
                                      Plaintiff,

v.                                                             Case No.: 1:07−cv−06465
                                                              Honorable Joan B. Gottschall

Chicago Police Officer Alghini, et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 28, 2008:

      MINUTE entry before Judge Susan E. Cox : Initial status hearing set for 4/14/08 at 9:30 a.m. in Courtroom 1342. The parties are directed to review and to file an initial status report by 4/10/08. The Order Setting Initial Status Report for Cases Assigned to Judge Cox is available in chambers or through Judge Cox's web page at www.ilnd.uscourts.gov. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.