THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NICHOLAS BRAKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 07 C 6465 |
| | ) | |
| CHICAGO POLICE OFFICER ALGHINI, | ) | JUDGE GOTTSCHALL |
| Star No. 14603, CHICAGO POLICE | ) | |
| OFFICER RAYMUNDO ZARAGOZA, | ) | Magistrate Judge Cox |
| Star No. 11637, POLICE LIEUTENANT | ) | |
| ROBERT FLYNN, Star No. 232, and | ) | |
| certain UNKNOWN Chicago Police | ) | |
| Officers, Individually, and THE CITY OF | ) | |
| CHICAGO, a municipal corporation, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT INITIAL STATUS REPORT**

1. **Brief summary of claims**

There are seven counts that include section 1983 claims of civil rights violations and pendant state claims that include False Arrest, Excessive Force, Failure to Intervene, Denial of Medical Attention, Malicious Prosecution, and a Monell claim. There are no counterclaims in this matter.

Plaintiff is a PhD candidate in Michigan who, on the night of his arrest, was in Chicago for his bachelor party. The claims arise out of his arrest on July 27, 2006, outside of a bar. It is Plaintiff's contention that defendant police officers were ignoring questions he had about his cousin's arrest, which led to his cursing at them. Plaintiff claims that as a result, the police defendants ran toward him, tackled him and punched him. Plaintiff alleges that after he tripped and fell, several police officers tackled him, punched him, deployed pepper-spray, and a taser weapon. The principal legal issues are whether there was probable cause to arrest Plaintiff, whether there was a use of excessive force against Plaintiff, whether other police officer defendants saw the excessive force and failed to stop it, whether medical care should have been provided but was not, and whether there is a policy to ignore such conduct on the part of the City of Chicago.

2. **Relief Sought and Itemized Damages.**

Plaintiff is requesting compensatory damages, punitive damages, costs and attorneys' fees. Plaintiff is still calculating damages, which include, attorneys fees, travel expenses, and anxiety and embarrassment (such as having a black eye at his wedding.) Defendants dispute liability.

Defendants have not received an itemized account of Plaintiff's alleged injuries from Plaintiff.

3. **Referral to Magistrate Judge**

The case has been referred to the Magistrate Judge for settlement conference.

4. **Schedule of Matter**

Plaintiff resides in Michigan. Plaintiff has six witnesses, who all live in different states. The parties exchanged Rule 26(a)(1) Disclosures on March 5, 2008. Plaintiff has propounded written discovery on the individual defendants. Defendants plan to depose all six witnesses (and others if identified during discovery), plus Plaintiff, as well as any expert witness Plaintiff may call. Discovery was ordered to be closed by August 18, 2008. There have been no other discovery deadlines set to date. Plaintiff noticed depositions of the defendant officers for April 29 and 30, 2008.

The parties are working on an Agreed Protective Order

The City intends to file a motion to bifurcate Plaintiff's Monell claims and believes such relief would alleviate the need for an estimated three-months of additional discovery and a week of additional trial time.

5. **Consent issue**

The parties do not both consent to proceed to trial before the Magistrate Judge.

6. **Settlement Discussions**

Plaintiff has initiated informal settlement discussions with Defendants but no offer has been made to date. These are the only settlement discussions to date.

Respectively Submitted,

By:/s/Marcelle M. LeCompte
Marcelle M. LeCompte
Attorney for Plaintiff, Nicholas Brake
820 West Jackson Blvd., Ste. 310
Chicago. Illinois 60607
(773) 348-3084

By: /s/Marc J. Boxerman
Marc J. Boxerman
Attorney for Defendants
30 N. LaSalle St., Ste. 1400
Chicago, IL 60602
(312) 744-

By: /s/Diane S. Cohen
Diane S. Cohen
Thomas Aumman
Attorneys for City of Chicago
30 N. LaSalle St., Ste. 1020
Chicago, IL 60602