THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NICHOLAS BRAKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 07 C 6465 |
| | ) | |
| CHICAGO POLICE OFFICER ALGHINI, | ) | JUDGE GOTTSCHALL |
| Star No. 14603, CHICAGO POLICE | ) | |
| OFFICER RAYMUNDO ZARAGOZA, | ) | Magistrate Judge Cox |
| Star No. 11637, POLICE LIEUTENANT | ) | |
| ROBERT FLYNN, Star No. 232, and | ) | |
| certain UNKNOWN Chicago Police | ) | |
| Officers, Individually, and THE CITY OF | ) | |
| CHICAGO, a municipal corporation, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING and CERTIFICATE OF SERVICE**

To:   Diane Cohen, Sr. Asst. Corp. Counsel         Marc J. Boxerman, Sr. Asst. Corp. Counsel
      Thomas Aumann, A.C.C.                         Suite 1400
      Ste. 1020, 30 N. LaSalle St.                  30 N. LaSalle St.
      Chicago, Illinois 60602                       Chicago, Illinois 60602

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the parties' **JOINT STATUS REPORT.**

**I HEREBY CERTIFY** that I have caused true and correct copies of the above and foregoing **JOINT STATUS REPORT**, to be sent via electronic notice to the above named counsel, on this 9th day of April, 2008.

                                                Respectfully submitted,
                                                /s/Marcelle M. LeCompte
                                                MARCELLE M. LeCOMPTE
                                                Attorney for Plaintiff, Brake

820 W.Jackson Blvd., Ste. 310
Chicago, Illinois 60607
(773) 348-3084
ATTY. NO. 06225428