# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | Susan E. Cox |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6465 | **DATE** | 4/15/2008 |
| **CASE TITLE** | Nicholas Brake vs. Chicago Police Officer Alghini, et al | | |

**DOCKET ENTRY TEXT**

Plaintiff's counsel notified the Court telephonically of an agreed upon date. Settlement conference set for 5/21/08 at 1:30 p.m. The parties are directed to review and to comply with Judge Cox's Standing Order Setting Settlement Conference. Copies are available in chambers or through Judge Cox's web page at www.ilnd.uscourts.gov. Plaintiff's counsel shall deliver or fax copies of their most recent settlement demands and offers at least (5) business days before the conference.

Docketing to mail notices.

| | Courtroom Deputy Initials: | VKD |
|---|---|---|