IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LILLIE CHOYCE, | ) | |
| | ) | |
| Plaintiff, | ) | Judge Der-Yeghiayan |
| | ) | Magistrate Judge Valdez |
| v. | ) | |
| | ) | |
| JOHNSON, et al. | ) | 08 C 202 |
| | ) | |
| Defendants. | ) | |

## NOTICE MOTION

**TO**: See Certificate of Service

    **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the following **DEFENDANT CITY'S MOTION TO WITHDRAW APPEARANCE.**

    **PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Der-Yeghiayan, or before such other judge sitting in his place, on the 22nd day of May 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

**DATED**: MAY 16, 2008

    /S/Diane S. Cohen
    DIANE S. COHEN
    Senior Counsel

30 N. LaSalle, Ste. 1020
Chicago, Illinois  60602
312/744-2836