**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Nicholas Brake
                              Plaintiff,

v.                                              Case No.: 1:07−cv−06465
                                                Honorable Joan B. Gottschall

Chicago Police Officer Alghini, et al.
                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Wednesday, May 28, 2008:


    MINUTE entry before the Honorable Susan E. Cox: On the Court's own motion, settlement conference set for 5/30/08 at 10:00 a.m. is stricken. Settlement Conference set for 6/3/08 at 1:30 p.m. Mailed notice(vkd, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.