

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
Consent to Exercise of Jurisdiction
By a United States Magistrate Judge

FILED
JUN 03 2008
6-3-2008
MAGISTRATE JUDGE SUSAN E. COX
UNITED STATES DISTRICT COURT

Case Title: Nicholas Brake v. Chicago Police Officer Alghini, et al

Case Number: 07 C 6465

Assigned Judge: Joan B Gottschall

Designated Magistrate Judge: Susan E. Cox

In accordance with the provisions of Title 28 U.S.C.§636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment. Should this case be reassigned to a magistrate judge other than the magistrate judge designated pursuant to Local Rule 72, the undersigned may object within 30 days of such reassignment. If an objection is filed by any party, the case will be reassigned to the district judge before whom it was last pending.

| Date | Signature | Name of Party or Parties |
|---|---|---|
| 6/3/08 | By: [signature] | Individual Officer Defendants |
| 6/3/08 | By: [signature] | City of Chicago |
| 6/3/08 | By: [signature] | Plaintiff's attorney |
|  | By: |  |

Note: File this consent *only* if all parties have consented on this form to the exercise of jurisdiction by a United States magistrate judge.