THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NICHOLAS BRAKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 07 C 6465 |
| | ) | |
| CHICAGO POLICE OFFICER ALGHINI, | ) | JUDGE GOTTSCHALL |
| Star No. 14603, CHICAGO POLICE | ) | |
| OFFICER RAYMUNDO ZARAGOZA, | ) | Magistrate Judge Cox |
| Star No. 11637, POLICE LIEUTENANT | ) | |
| ROBERT FLYNN, Star No. 232, et.al. | ) | |
| | ) | |
| Defendants. | ) | |

**FILED** JUN 16 2008
MAGISTRATE JUDGE SUSAN E. CO
UNITED STATES DISTRICT COURT

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement filed herewith and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

Respectfully submitted,

City of Chicago
a Municipal Corporation
Mara S. Georges
Corporation Counsel
Attorney for City of Chicago

BY: _/s/ Marcelle M. LeCompte_
Marcelle M. LeCompte
Attorney for Plaintiff, Nicholas Brake
820 W. Jackson Blvd., Ste. 310
Chicago, Illinois 60607

BY: _/s/ Marc Boxerman_
Marc Boxerman
Senior Assistant Corporation Counsel
30 North LaSalle Street, Ste. 1400
Chicago, Illinois 60602

BY: _/s/ Thomas Aumann_
Thomas Aumann
Assistant Corporation Counsel
30 North LaSalle Street, Ste. 1020
Chicago, Illinois 60602