# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Susan E. Cox | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6465 | **DATE** | 6/16/2008 |
| **CASE TITLE** | Nicholas Brake vs. Chicago Police Officer Alghini, et al | | |

**DOCKET ENTRY TEXT**

Enter Agreed Order of Dismissal.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | VKD |
|---|---|---|