THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICHOLAS BRAKE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 07 C 6465 |
| ) | |
| CHICAGO POLICE OFFICER ALGHINI, ) | JUDGE GOTTSCHALL |
| Star No. 14603, CHICAGO POLICE ) | |
| OFFICER RAYMUNDO ZARAGOZA, ) | Magistrate Judge Cox |
| Star No. 11637, POLICE LIEUTENANT ) | |
| ROBERT FLYNN, Star No. 232, and ) | |
| certain UNKNOWN Chicago Police ) | |
| Officers, Individually, and THE CITY OF ) | |
| CHICAGO, a municipal corporation, ) | |
| ) | |
| Defendants. ) | |

**AGREED ORDER OF DISMISSAL**

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, plaintiff, Nicholas Brake, by his attorney, Marcelle M. LeCompte, and defendants, Richard Alghini, Raymundo Zaragoza, and Robert Flynn, by their attorney, Marc Boxerman, and the City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court, after reviewing the Release and Settlement Agreement, finding it to be fair and reasonable, and being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

1. All of the claims of plaintiff, Nicholas Brake, against defendants, City of Chicago, and Richard Alghini, Raymundo Zaragoza, and Robert Flynn, are dismissed with prejudice and

with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

ENTER: _____
Judge Susan E. Cox
Northern District of Illinois

DATED: 6·16·08

Marc Boxerman
Assistant Corporation Counsel
30 North LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 744-7684