THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NICHOLAS BRAKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 07 C 6465 |
| | ) | |
| CHICAGO POLICE OFFICER ALGHINI, | ) | JUDGE GOTTSCHALL |
| Star No. 14603, et. al., | ) | Magistrate Judge Cox |
| | ) | |
| Defendants. | ) | |

## COMPLIANCE WITH RELEASE AND SETTLEMENT AGREEMENT

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that pursuant to the Release and Settlement Agreement, the following conditions, listed under paragraph 6 of said Release and Settlement Agreement, have been met on this date, June 18, 2008.

1. All Confidential Matter tendered to Plaintiff and/or his counsel has been returned to Corporation Counsel's Office.

Other than the fully executed settlement agreement, stipulation of dismissal and court-entered order dismissing this case with prejudice, sent to the Court on this date, no other court-entered orders are necessary for the disposition of funds.

BY: /s/ Marcelle M. LeCompte
Marcelle M. LeCompte
820 W. Jackson Blvd., Ste. 310
Chicago, Illinois 60607
773-348-3084

DATED: 6/18/08

BY: /s/ Marc Boxerman
Marc Boxerman
Senior Assistant Corporation Counsel
30 North LaSalle Street, Ste. 1400
Chicago, Illinois 60602

BY: /s/ Thomas Aumann
Thomas Aumann, Asst. Corp. Counsel
30 North LaSalle Street, Ste. 1020
Chicago, Illinois 60602